IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION
AT COLUMBIA

RECEIVED
IN CLERK'S OFFICE
MAY 13 2016
U.S. DISTRICT COURT
MID. DIST. TENN.

| | |
|---|---|
| Gai Kuot, | )Case No. 1:16-cv-00006 |
|     Plaintiff, | )Senior Judge K.H.Sharp/Knowles |
| vs. | )Jury Demand |
| John Doe Medical Contractor, et al | ) |
|     Defendant(s). | ) |

## SUPPLEMANTAL MOTION FOR
## TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION

(1)      **COMES NOW** the Plaintiff, Gai Kuot, TDOC #507979 *pro se,* pursuant to the **Federal Rules of Civil Procedure, Rule 65,** and respectfully requests that this Honorable Court grant him a **Temporary Restraining Order and/or Preliminary Injunction** in the case sub judicie.

(2)      In support of the instant motion the Plaintiff has submitted both a declaration and a memorandum of law and fact. (see attached previously filed Declaration and Supplemental Memorandum of Law, which are hereby incorporated by reference)

**CONCLUSION**

(3)      **Wherefore the foregoing reasons,** Petitioner prays that this Honorable Court grant him the relief he seeks in the instant Motion.

Respectfully submitted,

Pg. 1

*Gai Kuot*
Gai Kuot, TDOC #507979
S.C.C.F.; P.O.Box # 279
Clifton Tenn, 38425

## CERTIFICATE OF SERVICE

I, Gai Kuot, TDOC #507979, do hereby swear and affirm that a copy of the foregoing document(s) have been forwarded to the following individual(s) via Pre-Paid First-Class United States Postage, and I further certify that I have placed these legal document(s) in the prison's mailing system on this the 6 th day of May , 2016.

James I Pentecost, #11640, Attorney for Defendants
Pentecost & Glenn, PLLC
106 StoneBridge Blvd.
Jackson Tenn., 383053

*Gai Kuot*
Gai Kuot, TDOC #507979
S.C.C.F.; P.O.Box # 279
Clifton Tenn, 38425